# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>ELSA MONDRAGON-RODRIGUEZ<br><br>          Defendant. | Case No. 18CR3591-DMS<br><br><br>**ORDER AND JUDGMENT DISMISSING THE INFORMATION WITHOUT PREJUDICE** |

On motion of the United States, with no objection by Defendant, and with good cause shown, the Information in this case is hereby dismissed without prejudice.

**SO ORDERED.**

Dated: November 15, 2018

_____
Hon. Dana M. Sabraw
United States District Judge